# JS-6

Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Gregory Scott Fox

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

GREGORY SCOTT FOX,                )   Case No.: 5:14-cv-00651-DTB
                                  )
                                  )   /~~PROPOSED~~/ ORDER OF
             Plaintiff,           )   DISMISSAL
                                  )
      vs.                         )
CAROLYN W. COLVIN, Acting         )
Commissioner of Social Security,  )
                                  )
                                  )
             Defendant.           )
_____)

        The above captioned matter is dismissed with prejudice, each party to bear

its own fees, costs, and expenses.

        IT IS SO ORDERED.

DATE:      February 20, 2015

                                  _____
                                  THE HONORABLE DAVID T. BRISTOW
                                  UNITED STATES MAGISTRATE JUDGE

-1-